UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| MICHAEL HART, | ) | |
| | ) | |
| Plaintiff, | ) | 3-05-cv-00139-LRH (VPC) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| CRAIG FARWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#49) entered on June 18, 2007, in which the Magistrate Judge recommends that Defendants' Motion for Summary Judgment (#40) be granted.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2 Magistrate Judge (#49); therefore, Defendants' Motion for Summary Judgment (#40) is granted. The
3 Clerk of the Court shall enter judgment accordingly.
4    IT IS SO ORDERED.
5    DATED this 12th day of July, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2